# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2023

## NO. 03-21-00123-CR

**The State of Texas, Appellant**

**v.**

**Sarah Leeann Nix, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**
**DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's grant of the appellant's motion to suppress and remands the case for further proceedings consistent with the opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.